# EXHIBIT A

Officer Rank/Name: **DET JOHN T ARNOLD**

| | |
|---|---|
| Department: VILLAGE OF RYE BROOK PD | Case Number.: RB-00180-09 |
| DD Number : | Blotter/CC #: RB-002678-09 |

1023:07/15/2009 22:08 - Interview with Narcy Novack.

1023:07/15/2009 20:32 - on 7/12/2009 at approximately 1245 hrs I interviewed Narcy Novack (victims wife) DOB 11/28/56 of 2501 Delmar Place, Ft. Lauderdale, FL 33301. She was staying at the Hotel with her husband in Room 453 along with the Woodlands Suite. I asked her if she had anyone video taping the event. She stated Bob Fererr who works for a private company was hired to video tape the event. She stated she has the contact information in a file in her room.

She stated that her husband Ben Novack seemed nervous the last couple of days. He had not been sleeping. He was picking at his fingers causing them to bleed. His daughter May Abad gave him a Sponge-Bob Band Aide. (Sponge-Bob Square Pants is a cartoon on Nickelodeon Channel)

She told me that her husband had asked her to cuddle a little bit in the morning. She states he fell asleep at around 0630 hrs. She stated she heard the phone ring while she was getting dressed. She said it was probably the girl from convention named Angelica. She states that a little after 0700 hrs she ran out to go to the breakfast.

Narcy stated she called him around 0730. She looked at her phone and told me 0731 hrs. She was calling to tell him there was a big crowd for the breakfast. She stated that there usually is not a big crowed for the Sunday breakfast. She also stated she called her daughter at 0719 hrs. She looked at her phone to give me the time.

She stated that someone informed her that they did not have enough China for the breakfast so she was informed that they will have to use disposable service ware. She needed to tell her husband this because he would not approve. She had to go to the bathroom so she went upstairs to the room. She entered into the room through suite doors. She was going to use the bathroom in the parlor area, because the toilet was "plugged up" in the bathroom in the bedroom area of room 453. She did go to the bathroom.

When she entered the parlor area she called out to her husband and said "Novack you're not going to like this" but he did not answer. She stated when she wanted to get his attention she would call him Novack.

She stated she used her own key. She stated when she found him on the floor she did call for help on phone. She was unsure if she got security or the front desk. She called for help but they did not understand.

She did state that a heavy set Hispanic man saw her screaming for help and he came from down the hall. He is described as older, dressed in a suite. She thinks he was from the convention.

She also stated she thinks she called for help on phone, and then started knocking on doors.

She stated her husband was a reserve officer for the Miami Beach PD. She did tell me



Officer Rank/Name: **DET JOHN T ARNOLD**

| Department: VILLAGE OF RYE BROOK PD | Case Number.: RB-00180-09 |
| DD Number: | Blotter/CC #: RB-002678-09 |

there was a big battle because her husband wanted to get his photograph on the wall in the police department where retired officers get there photos placed after they are done serving. There was a big fight to get his (photograph on the wall. Her husband had to go to the Mayor. She stated that there was one cop that did not think reserve officers photographs should be on the wall). She stated that she did hear her husband on the phone mentioning something about spilling the beans if they do not put him on the wall. She stated there was an internal affairs investigation in Miami Beach.

She also mentioned the name of a Carlos Marin who owes her husband 1/4 of a million dollars. He had given him a personal loan.

She also stated her husband was a large collector of BATMAN stuff. He even had a bat-mobile built for himself. He started to hang around w/ weird people going to trade shows. He would collect comic books. He gave a guy $3,000 for a comic book and was supposed to pay him a total of 43,000. He was trying to get the price down.
About three weeks ago she heard him shouting and arguing with the guy who sold the comic book to her husband. She heard shouting and heard the guy state "Now you are going to Jew me down". She does not know the guys name.

She stated there is security on the Island where they live. The name of the guy that is in the guard shack is "Narshi" or "Nargi"
She told me that "Narshi/ Nargi told her that her husband has been seen over at the guard shack with boxes. She does not know who he gives these boxes to or what was in the boxes.

She also mentioned the man Joe Ghandi who works for them taking care of the grounds. He has worked for them for 18 years. She said that he had recently been beaten up and robbed and stated they took his rent money. She state that Joe does drugs.

She told me that last week they had a convention at the Hilton in Fort Lauderdale. She had informed her husband that some one is going to come get us for this stupid $50,000.

Every week Joe would go with mother to make deposits after the conventions. Now that his mother is dead they had to go to the bank and she would wait in the car at the curb while he went into the bank.

Signature: [signature]    Field Recommendation: _____

D.O.: _____    Sqd. Superv.: _____    C.O.: _____